IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ZACHARY BOUVIER TAYLOR,

            Petitioner

VS.

DIRECTOR, CENTRAL STATE HOSP.,

           Respondent

**NO. 5: 05-CV-87 (CAR)**

PROCEEDINGS UNDER 28 U.S.C. § 2254
BEFORE THE U.S. MAGISTRATE JUDGE

## RECOMMENDATION OF DISMISSAL

On May 5, 2005, the respondent in the above-captioned case filed a Motion To Dismiss petitioner's habeas petition on various grounds. Tab #12. Thereafter, on May 6, 2005, the undersigned advised petitioner of said motion and his duty to respond properly thereto. Petitioner was further advised that failure to respond within twenty (20) days would result in a recommendation of dismissal. Tab #14. The petitioner has failed to respond to the court's order.[1]

Accordingly, IT IS RECOMMENDED that the petitioner's petition for a writ of habeas corpus be **DISMISSED** for failure to respond to the court's order. Further, IT IS RECOMMENDED that the respondent's Motion To Dismiss (Tab #12) be **GRANTED** as uncontested. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof. The clerk is directed to serve the plaintiff with a copy of this recommendation by mailing it to the **LAST ADDRESS** provided by him.

SO RECOMMENDED, this 26th day of AUGUST, 2005.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] After the court ordered the petitioner to respond to the respondent's motion, petitioner filed an appeal with the Eleventh Circuit concerning the dismissal of various other defendants. Tab #15. On June 13, 2005, petitioner's appeal was dismissed for lack of jurisdiction and referred back to the district court. Tab #20. Since that time, petitioner has failed to file a response to the respondent's motion.