IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ZACHARY B. TAYLOR,** | : | |
| | : | |
| Petitioner, | : | **Civil Action No.:** |
| | : | **5:05-cv-87 (CAR)** |
| vs. | : | |
| | : | |
| **CENTRAL STATE HOSPITAL** *et al.*, | : | |
| | : | |
| Respondents. | : | |

### ORDER ON THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 24] that the above-captioned petition for federal habeas corpus relief be dismissed. Petitioner filed an Objection to the Recommendation [Doc. 25]. Having considered the briefs of the parties, the United States Magistrate Judge's Report and Recommendation, and Petitioner's Objection thereto, the Court agrees with the Recommendation. Accordingly, the Recommendation that Petitioner's petition for writ of habeas corpus be dismissed is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 31st day of January, 2006.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

AEG/ssh